CLOSED

# United States District Court
## District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: <u>3:24−mj−03041−KAR</u>−1

Case title: USA v. Torres Burgos        Date Filed: 03/06/2024

Assigned to: Magistrate Judge
Katherine A. Robertson

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Noraimi Torres Burgos** | represented by | **Timothy G. Watkins** |
| | | Federal Defender Office |
| | | District of Massachusetts |
| | | Western Massachusetts Satellite Office |
| | | 1 Federal Street |
| | | Bldg. 101, Suite 3w |
| | | Springfield, MA 01105 |
| | | 617−223−8061 |
| | | Email: <u>Timothy_Watkins@fd.org</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| Title 18 U.S.C. §922(a)(6) and Title 18 U.S.C. 924(a)(2) | |

1

**Plaintiff**

**USA**                                    represented by  **Todd E. Newhouse**
United States Attorney's Office
United States Courthouse
300 State Street
Suite 230
Springfield, MA 01105–2926
413–785–0109
Fax: 413–785–0394
Email: Todd.Newhouse@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2024 | 1 | ELECTRONIC NOTICE of Case Assignment as to Noraimi Torres Burgos; Magistrate Judge Katherine A. Robertson assigned to case. (DaSilva, Carolina) (Entered: 03/06/2024) |
| 03/06/2024 | 2 | Rule 5(c)(3) Documents Received as to Noraimi Torres Burgos. (Rivera, Melissa) (Additional attachment(s) added on 3/6/2024: # 1 Arrest Warrant) (Rivera, Melissa). (Entered: 03/06/2024) |
| 03/06/2024 |   | Arrest (Rule 5) of Noraimi Torres Burgos. (Rivera, Melissa) (Entered: 03/06/2024) |
| 03/06/2024 | 4 | Magistrate Judge Katherine A. Robertson: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to Noraimi Torres Burgos. (Rivera, Melissa) (Entered: 03/07/2024) |
| 03/06/2024 | 5 | WAIVER of Rule 5 and 5.1 Hearings by Noraimi Torres Burgos. (Rivera, Melissa) (Entered: 03/07/2024) |
| 03/06/2024 | 6 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Katherine A. Robertson: Initial Appearance in Rule 5(c)(3) Proceedings as to Noraimi Torres Burgos held on 3/6/2024. Present: AUSA Todd E. Newhouse, AFPD Timothy G. Watkins, USPO LaValley and Deft. After reviewing the Financial Affidavit, the Court deemed it appropriate to appoint counsel. The defendant was represented by the FPD's Office. Rule 5 documents provided to the defendant and discussed with counsel. She was advised of the charges, Rule 20 and as to her rights. She filed a Waiver of Rule 5 & 5.1 Hearings waiving the identity hearing and the production of warrant. The Govt was not seeking detention. Based on the waiver filed and the reliable warrant made available, the Court found that Ms. Torres Burgos is the named defendant. Conditions of pretrial release, as recommended by Probation, were established. *See* Order Setting Conditions of Release for complete details. **The defendant shall report to the District of South Carolina on March 18, 2024 at 10:00 AM for an Initial Appearance.** (Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov.) (Rivera, Melissa) (Entered: |

| | | 03/07/2024) |
|---|---|---|
| 03/06/2024 | 7 | Magistrate Judge Katherine A. Robertson: ORDER entered. ORDER Setting Conditions of Release as to Noraimi Torres Burgos. *See* attached Order for complete details. (Rivera, Melissa) (Entered: 03/07/2024) |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   24-mj-3041 |
| **NORAIMI TORRES-BURGOS** | ) | |
| | ) | Charging District's Case No.   6:24-cr-00030-CRI |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **DISTIRICT OF SOUTH CAROLINA**

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☐  an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   03/06/2024

*Noraimi torr*       
*Defendant's signature*

*Timothy Watkins*
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                      Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NORAIMI TORRES BURGOS | ) | Case No.  24-mj-3041 (KAR) |
| | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:          U.S. District Court - District of South Carolina
_____
_Place_

Carroll A. Campbell, Jr. U. S. Courthouse, 250 East North Street Greenville, South Carolina 29601
_____

on _____ 3/18/2024 10:00 am _____
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20)  Additional Conditions of Release

Page ___ of ___ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
*Custodian*                               *Date*

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the  U.S. Probation and Pretrial Services          ,
telephone number     (413) 785-6920     , no later than _____.
( ☑ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:  Travel is restricted to the New England States and District of South Carolina (for court purposes only) without prior approval from the U.S. Probation and Pretrial Services Officer. All other travel must be approved in advance by PTS.
( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( ☑ )  (h)  get medical or psychiatric treatment:     as directed by the U.S. Probation and Pretrial Services Officer
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

6

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)    Voice Recognition; or
( ☐ ) (iii)   Radio Frequency; or
( ☐ ) (iv)    GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. **(Report within 24 hours)**

( ☐ ) (t)

AO 199C  (Rev. 09/08) Advice of Penalties                                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_Noramitones_
_____
*Defendant's Signature*

_holyoke ma_
_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __3/6/2024__                    _Katherine Robertson_
_____
*Judicial Officer's Signature*

Katherine A. Robertson, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL