AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.

NORAIMI TORRES BURGOS
*Defendant*

)
)   Case No.   6:24-30
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NORAIMI TORRES BURGOS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 922(a)(6)
Title 18, United States Code, Section 924(a)(2)

Date: 01/10/2024

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

City and state:   Greenville, South Carolina

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1-26-24, and the person was arrested on *(date)* 3-6-24
at *(city and state)* Holyoke, MA.

Date: 3-6-24

*Arresting officer's signature*

SA Marc Maurino, ATF
*Printed name and title*